## HOLLOWAY v. STATE.
No. 26163.

Court of Criminal Appeals of Texas.
Jan. 7, 1953.

R. E. Murphey, Coleman, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The appellant's attorney has filed a motion, duly verified, asking that the appeal in this case be abated on account of the death of the appellant. A certificate of death accompanies the motion.

The appeal is accordingly abated.